## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

VIP PLASTIC SURGERY LLC.,

v.

OSCAR HEALTH INC.

Civil Action No. 3:25-cv-16081-RK-JBD

**STAY AND ADMINISTRATIVE TERMINATION ORDER**

**WHEREAS** the Court stayed and administratively terminated hundreds of actions in which plaintiffs seek to enforce Independent Dispute Resolution awards pursuant to the No Surprises Act ("NSA"), 42 U.S.C. §§ 300gg-111 *et seq.*, by Stay and Administrative Termination Order entered by the Honorable Renée Marie Bumb, Chief United States District Judge, on January 16, 2026 ("the Order"). *See, e.g., North East Neurological Assoc. v. Independent Care Group Plus*, No. 2:24-cv-8252 (BRM) (CF), ECF No. 28;

**WHEREAS** this action is of the same nature as the cases terminated by the Order, and therefore is also subject to stay and administrative termination pursuant to the terms of the Order, which are hereby incorporated by reference;

**WHEREAS** objections to entry of the Order are overruled in the interests of judicial and party efficiency, and given the Court's inherent right to manage its dockets;

**IT IS, on this 29th day of January 2026,**

**ORDERED** that this action and any pending motions in those actions are hereby stayed and administratively terminated without prejudice pending the adjudication of the motion to dismiss in *Rowe Plastic Surgery of NJ LLC v. Aetna Life Insurance Company*, No. 2:25-cv-15053 (BRM) (MAH) (the "Lead Case"); and it is further

**ORDERED** that this shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

**ORDERED** that any party may request that this action be reopened and restored to the Court's active docket after the Court's adjudication of the motion to dismiss in the Lead Case.

_____
HONORABLE ROBERT KIRSCH
United States District Judge